**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-2120**

SALAME M. AMR,

        Plaintiff - Appellant,

    v.

EDDIE N. MOORE, JR.; NASSER RASHIDI; LARRY C. BROWN; KEITH
M. WILLIAMSON,

        Defendants – Appellees,

    and

VIRGINIA STATE UNIVERSITY,

        Defendant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   Robert E. Payne, Senior
District Judge. (3:07-cv-00628-REP)

Submitted: March 15, 2012      Decided: March 19, 2012

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Salame M. Amr, Appellant Pro Se.  Gregory Clayton Fleming,
Senior Assistant Attorney General, Richmond, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Salame M. Amr appeals the district court's order denying his motion for reconsideration and request for a hearing. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Amr v. Virginia State Univ., No. 3:07-cv-00628-REP (E.D. Va. Sept. 26, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED